No. 189. LICHTENSTEIN, AKA WELLS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph Aronstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 190. COIL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Richard J. Bruckner* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 192. SESSOMS *v.* UNION SAVINGS & TRUST Co. C. A. 6th Cir. Certiorari denied. *Ralph Rudd* and *Charles R. Miller* for petitioner. *Ashley M. Van Duzer, Paul W. Walter* and *Arthur P. Steinmetz* for respondent.

No. 193. DEWEY *v.* AMERICAN NATIONAL BANK ET AL. Ct. Civ. App. Tex., 7th Sup. Jud. Dist. Certiorari denied. Petitioner *pro se. L. A. White* for American National Bank, and *H. A. Berry* for Owen et al., respondents.

No. 195. DELUCIA ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *William Sonenshine* for petitioners. *Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.

No. 197. G. L. CHRISTIAN & ASSOCIATES *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Gilbert A. Cuneo, Norman R. Crozier, Jr., Chester H. Johnson, O. D. Hite, William Hillyer, Wilson Johnston, Eldon H. Crowell* and *David V. Anthony* for petitioner. *Solicitor General Cox* for the United States.